No. 4,299.—ANKER O. TORRISON, APPELLANT, v. C. P. CAS-
TLE ET AL., RESPONDENTS.

*Appeal from District Court, Teton County.*

Decided November 9, 1918.

PER CURIAM.—Respondents' motion to dismiss the appeal
in the above-entitled cause is hereby granted and the appeal
accordingly dismissed.

*Messrs. Kotz & Molumby,* for Appellant.

*Messrs. Norris & Hurd,* for Respondents.

---

No. 4,322.—STATE EX REL. S. C. FORD, ATTORNEY GENERAL,
RELATOR, v. SAM L. ANDERSON, COUNTY CLERK OF SIL-
VER BOW COUNTY, RESPONDENT.

Original application for writ of mandate to compel the re-
spondent, as clerk and recorder of Silver Bow County, to per-
mit relator, his assistants and such other persons as he might
employ, to inspect and examine all public documents and
records relating to the general election held in Silver Bow
county on November 5, 1918. Alternative writ ordered issued
on November 26, 1918, made returnable on December 2, 1918.

NOTE: The court thereafter, and prior to the day set for hear-
ing, having been notified that respondent Anderson had com-
plied with the writ asked for by relator, on December 9
ordered that respondent pay the costs of the application, amount-
ing to $10.45.

*Mr. S. C. Ford,* Attorney General, and *Mr. Frank Woody,*
Assistant Attorney General, for Relator.